**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARVETTE RAMOCIOTTI, individually,<br><br>Plaintiff,<br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a Foreign Corporation dba COSTCO STORE #26; DOE STORE CLERK, individually; DOES 1 through 20, inclusive, ROE BUSINESS ENTITIES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 3:26-cv-00795-MMD-CLB<br><br>**JOINT DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**SPECIAL SCHEDULING REVIEW REQUESTED** |

Plaintiff CHARVETTE RAMOCIOTTI, by and through her counsel of record, C. JARED CLARK, ESQ., and PALVIN S. JHITA, ESQ., and CYBILL L. DOTSON, ESQ. of the law firm CLARK LAW GROUP, PLLC, and Defendant COSTCO WHOLESALE CORPORATION, by and through its counsel of record, MICHAEL E. SULLIVAN, ESQ. of the law firm SBW LAW GROUP, respectfully submit the proposed stipulated Discovery Plan and Scheduling Order Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26-1. Deadlines that fall on Saturdays, Sundays or legal

holidays have been adjusted to the next day that is not a Saturday, Sunday or legal holiday per Federal Rule of Civil Procedure 6(a)(1)(C).

**1. Fed. R. Civ. P. 26(f) Conference:**

The parties met on November 20, 2026, to discuss matters in compliance with LR 26-1 (b)(7)-(9). Based upon counsels' review of the evidence in this case, the parties now propose the following discovery plan:

**2. Discovery Cut-Off Date:**

Plaintiff filed her Complaint in the Second Judicial District Court on September 19, 2026. Defendant removed this action and filed its Answer on October 13, 2026. The parties request special scheduling review and a discovery cutoff of **Monday, July 12, 2027**. The requested 90-day extension of the standard April 12, 2027 cutoff falls on Sunday, July 11, 2027, and is therefore adjusted to the next business day.

**3. Amending the Pleadings and Adding Parties:**

The parties request that all motions to amend the pleadings or to add parties be filed no later than **Tuesday, April 13, 2027**, which is 90 days before the proposed discovery cutoff.

**4. Fed. R. Civ. P. 26(a)(2) Disclosures of Experts:**

Disclosure of experts shall proceed according to Federal Rule of Civil Procedure 26(a)(2) except that:

1. The disclosure of experts and expert reports shall occur on **Thursday, May 13, 2027**, which is sixty (60) days before the discovery cut-off date.
2. The disclosure of rebuttal experts and their reports shall occur on **Monday, June 14, 2027**[1], which is thirty (30) days before the discovery cut-off date.

///

[1] The cut-off date falls on a weekend, and it has been moved to the nearest business day.

**5. Dispositive Motions:**

The deadline for filing dispositive motions shall be Wednesday, **August 11, 2027**, which is 30 days after the proposed discovery cutoff. If the discovery cutoff is extended, the dispositive-motion deadline shall be extended to 30 days after the revised discovery cutoff, subject to adjustment under Federal Rule of Civil Procedure 6(a).

**6. Pretrial Order:**

The deadline for filing the joint pretrial order shall be **Friday, September 10, 2027**, which is 30 days after the dispositive-motion deadline. If dispositive motions are filed, the deadline for filing the joint pretrial order shall be suspended until 30 days after the Court's decision on the dispositive motions or until further order of the Court. If the discovery cutoff is extended, the joint pretrial order deadline shall be adjusted consistently with the revised dispositive-motion deadline.

**7. Fed. R. Civ. P. 26(a)(3) Disclosures:**

The disclosures required by FRCP 26(a)(3), and any objections thereto, shall be included in the joint pretrial order.

**8. Alternative Dispute Resolution:**

The parties met and conferred at the Rule 26 conference regarding the possibility of using alternative dispute resolution processes, namely arbitration and mediation. The parties' respective positions regarding a settlement conference and other alternative dispute resolution processes are set forth in their Joint Interim Status Report filed November 6, 2026 (ECF No. 8).

**9. Alternative Forms of Case Disposition:**

The parties met and conferred regarding the use of a magistrate judge for all purposes or to submit to the Short Trial Program. The parties' respective positions regarding disposition before a magistrate judge are set forth in the previously filed Joint Interim Status Report (ECF No. 8). Costco does not consent to participation in the Short Trial Program.

///

**10. Electronic Evidence:**

The parties met and conferred regarding the use of electronic evidence and presenting the same to the jury. They will present evidence to the jury in a format that will be compatible with the Court's jury evidence display system, with each party responsible for preparing their respective exhibits to comply.

**FRCP 26(f)(3) VIEWS AND PROPOSALS**

**A. Initial Disclosures:**

Plaintiff will serve their initial disclosures no later than **December 4, 2026**.

Defendant will serve their initial disclosure no later than **December 4, 2026**.

**B. Subjects on Which Discovery May be Needed:**

Discovery should include but not be limited to all claims and defenses allowed pursuant to the Federal Rules of Civil Procedure.

**C. Whether Discovery Should Be Conducted in Phases or Be Limited to or Focused on Particular Issues:**

Plaintiff and Defendants agree that discovery need not be conducted in phases.

**D. Issues Regarding Disclosure of Electronically Stored Information, Including the Form or Forms in Which it Should be Produced:**

Plaintiff and Defendants agree that no issues exist regarding the disclosure or discovery of electronically stored information currently.

**E. Issues Regarding Claims of Privilege or Protection of Pre-Trial Materials:**

The parties submitted a Joint Protective Order, which was granted on November 17, 2026.

**F. Changes That Should Be Made in the Limitations on Discovery Imposed Under These Rules or By Local Rule:**

LR 26-3 governs modifications or extensions of this Discovery Plan and Scheduling Order. Any stipulation or motion to extend a deadline set forth in this Discovery Plan and Scheduling Order

must be filed no later than 21 days before the applicable deadline. Any stipulation or motion to extend the discovery cutoff must be filed no later than **Monday, June 21, 2027**, which is 21 days before the proposed discovery cutoff.

**G. Service by Email:**

Pursuant to Rule 5(b)(2)· of the Federal Rules of Civil Procedure, the parties agree to service via email of all documents not required to be filed in the case. Plaintiff CHARVETTE RAMOCIOTTI requests that all documents be served on palvin@cjclarklawgroup.com; jared@cjclarklawgroup.com; cybill@cjclarklawgroup.com; cortney@cjclarklawgroup.com; aaniya@cjclarklawgroup.com; and alejandra@cjclarklawgroup.com. Defendants request that all documents be served on msullivan@sbwlawgroup.com, ksullivan@sbwlawgroup.com, psimon@sbwlawgroup.com.

**H. Orders That the Court Should Issue Under Rule 26(c) or Rule 16(b) and (c):**

No additional orders are requested at this time.

DATED this 23rd day of November, 2026.

**CLARK LAW GROUP, PLLC**

*/s/ Palvin S. Jhita*

**C. JARED CLARK, ESQ.**
Nevada Bar No. 13672
**PALVIN S. JHITA**
Nevada Bar No. 16716
**CYBILL L. DOTSON, ESQ.**
Nevada Bar No. 8428
2320 Potosi Street
Las Vegas, Nevada 89146
*Attorneys for Plaintiff*

**SBW LAW GROUP**

*/s/ Michael E. Sullivan*

**MICHAEL E. SULLIVAN, ESQ.**
Nevada Bar No. 5142
3600 Mayberry Drive
Reno, Nevada 89509
*Attorney for Defendant*

**IT IS SO ORDERED:**
Dated: November 24, 2026

**UNITED STATES MAGISTRATE JUDGE**